# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

JOHN E. BARNHOUSE,

Plaintiff,

v.

ELDON VAIL, *et al.*,

Defendants.

No. C09-5154 RJB/KLS

ORDER DENYING MOTION TO STAY

Before the court is Plaintiff's Motion to Stay All Proceedings. Dkt. 108. Mr. Barnhouse requests the stay because he states that he has filed an appeal, a motion to recuse, and that he will be unable to respond to any filings until after March 31, 2010, when he will be released from prison and will regain access to legal files that week. *Id.* There is no basis for staying this action pending the filing of an interlocutory appeal and Plaintiff's motion to recuse the undersigned has been denied. Dkt. 111. In addition, there are no motions presently pending in this case or deadlines requiring Plaintiff to file anything with the Court prior to March 31, 2010.

Accordingly, Plaintiff's Motion to Stay All Proceedings (Dkt. 108) is **DENIED**. The Clerk shall send copies of this Order to Plaintiff and counsel for Defendants.

DATED this 8th day of March, 2010.

Karen L. Strombom
United States Magistrate Judge

ORDER - 1