# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

JOHN E. BARNHOUSE,

        Plaintiff,

v.

ELDON VAIL, et al.,

        Defendants.

No. C09-5154 RJB/KLS

ORDER DIRECTING PLAINTIFF TO PROVIDE SERVICE ADDRESS

This case has been referred to United States Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1) and Local MJR 3 and 4. Plaintiff has been granted leave to proceed *in forma pauperis*. Dkt. 8.

A review of the docket reflects that the waiver and return of service forms directed to Defendant Michael Christensen have been returned by the U.S. Marshal unexecuted and marked "return to sender no longer employed at CBCC." Dkt. 83, p. 3.

Likewise, the waiver and return of service forms directed to Defendant Hendrick have been returned by the U.S. Marshal unexecuted. Dkt. 84. It appears that service could not be

ORDER - 1

executed because Hendrick is "no longer at CBCC." Dkt. 84, p. 3. The name "Scott Hinchess" is also written in above the name of Hendrick on the envelope. *Id.*

The Court is not aware of any other addresses for Defendants Christensen or Hendrick. Therefore, another attempt to complete service on them cannot be made. Because service cannot be effected, personal jurisdiction over Defendants Christensen and Hendrick does not currently exist in this case and the Court has no authority over them at this time. However, if Plaintiff provides the Court with current addresses for Defendants Christensen and Hendrick, along with properly completed summons and copies of the complaint, the court will direct the United States Marshal to once more attempt service.

The Clerk is directed to send a copy of this Order to Plaintiff and counsel for Defendants. The Clerk is also directed to send to Plaintiff copies of the return of service forms received for Defendants Christensen and Hendrick (Dkts. 83 and 84), and two additional summons and marshal forms.

**DATED** this 8th day of March, 2010.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2