UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN E. BARNHOUSE,<br><br>    Plaintiff,<br><br>  v.<br><br>ELDON VAIL, RON FRAKER, SGT. RENO, MICHAEL CHRISTENSEN, BRIAN ZAVODNY, STEVE RAMSEY, ALVA MOSLY, JAMES McLEAN, MALCOM STARK, HENDRICK, and DARREN HEAWARD,<br><br>    Defendants. | NO. C09-5154 RJB/KLS<br><br>ORDER FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION |

Before the Court is Defendants' Motion for Extension of Time to File Dispositive Motion. ECF No. 128. The current dispositive motions deadline is October 8, 2010 and the deadline for filing the parties' joint status report is November 26, 2010. ECF No. 115. Plaintiff has filed no opposition to the requested extension.

Accordingly, it is **ORDERED:**

(1) Defendants' motion (ECF No. 128) is **GRANTED**.

(2) The deadline for filing dispositive motions is **November 8, 2010.** The deadline for submission of the parties' joint status report is **January 7, 2011.**

ORDER - 1

(3)     The clerk is directed to send copies of this Order to Plaintiff and to counsel for Defendants.

DATED this  2nd  day of November, 2010.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2