UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN E. BARNHOUSE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JOHN DOES (3 PRISON GUARDS), ELDON VAIL, RON FRAKER, SGT. RENO, MICHAEL CHRISTENSEN, ZOVODNY, STEVE RAMSEY, AULA MOSLY, McLEAN, OFFICER STARK, HENDRICK, and DEAN HEAWARD,<br><br>　　　　Defendants. | NO. C09-5154 RJB/KLS<br><br>ORDER GRANTING EXTENSION OF TIME TO RESPOND TO DEFENDANTS' SUMMARY JUDGMENT MOTION |

Before the court are Plaintiff's motions for extension of time to respond to Defendants' motion for summary judgment (ECF No. 131), and for continuance (ECF No. 132). In the first motion, Plaintiff requests an extension of time until after January 11, 2011 to file his response to the Defendants' motion for summary judgment (currently noted for December 3, 2010). ECF No. 131. Defendants did not file a response to the first motion for an extension. In his second motion for continuance, filed on November 22, 2010, Plaintiff asks for a continuance until January 30, 2011. That motion is noted for December 10, 2010. However, the court finds that the request is reasonable.

Having reviewed Plaintiff's motion and balance of the record, the court **ORDERS:**

(1)　Plaintiff's motions for an extension to file his response to Defendants' motion for summary judgment (ECF Nos. 131 and 132) are **GRANTED.** Plaintiff shall file his response **on or before January 30, 2011.**

(2) Defendants may file a reply **on or before February 4, 2011.** Defendants' motion for summary judgment (ECF No. 130) is re-noted for **February 4, 2011**.

(3) The clerk is directed to send copies of this Order to Plaintiff and to counsel for Defendants.

DATED this  9th  day of December, 2010.

*[signature]*
Karen L. Strombom
United States Magistrate Judge

ORDER     2