UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN E. BARNHOUSE,<br><br>           Plaintiff,<br><br> v.<br><br>JOHN DOES (3 PRISON GUARDS), ELDON VAIL, RON FRAKER, SGT. RENO, MICHAEL CHRISTENSEN, ZOVODNY, STEVE RAMSEY, AULA MOSLY, McLEAN, OFFICER STARK, HENDRICK, and DEAN HEAWARD,<br><br>           Defendants. | NO. C09-5154 RJB/KLS<br><br>ORDER GRANTING EXTENSION OF TIME TO RESPOND TO DEFENDANTS' SUMMARY JUDGMENT MOTION |

Before the court is Plaintiff's motion for an extension of time to respond to Defendants' motion for summary judgment. ECF No. 134. The court previously granted Plaintiff's requests for an extension (ECF Nos. 131 and 132) and re-noted the summary judgment motion for February 4, 2011. ECF No. 133. In this third motion for an extension, Plaintiff asserts that his release date has been changed to a later date and this affects his ability to respond to the summary judgment motion because all of his materials are at his home. Defendants did not file a response to the first motion for an extension.

Having reviewed Plaintiff's motion and balance of the record, the court **ORDERS:**

(1) Plaintiff's motion for an extension to file his response to Defendants' motion for summary judgment (ECF No. 134) is **GRANTED.** Plaintiff shall file his response **on or before February 27, 2011.**

ORDER     1

1  (2) Defendants may file a reply **on or before March 2, 2011.** Defendants' motion for summary judgment (ECF No. 130) is re-noted for **March 2, 2011**.

(3) The clerk is directed to send copies of this Order to Plaintiff and to counsel for Defendants.

DATED this __18th__ day of January, 2011.

*/s/ Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

ORDER                                                                                          2