1

2

3

4          UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF WASHINGTON
5                    AT TACOMA

6   JOHN E. BARNHOUSE,
                            Plaintiff,
7          v.                                No. C09-5154 RJB/KLS

8   ELDON VAIL, RONALD D. FRAKER,          **ORDER ADOPTING REPORT AND**
    JAMES RENO, MICHAEL                     **RECOMMENDATION**
9   CHRISTENSEN, BRIAN ZAVODNY,
    STEVE RAMSEY, ALVA MOSELEY,
10  JAMES McLEAN, MALCOM STARK,
    HENDRICK, and DARREN
11  HEAWARD,

12                          Defendants.

13         The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen

14  L. Strombom (Dkt. 136), and the remaining record, does hereby find and **ORDER**:

15

16

17         (1)    The Court **ADOPTS** the Report and Recommendation (Dkt. 136).

18         (2)    Defendants' Motion for Summary Judgment (Dkt. 130) is **GRANTED IN PART**
                  **AND DENIED IN PART** as follows:  The motion is **DENIED** as to Plaintiff's
19                claims against James McLean and Malcolm Stark for excessive force under the
                  Eighth Amendment and for retaliation under the First Amendment, and these
20                claims may proceed; the motion is **GRANTED** in all other respects, and all other
                  claims against all defendants are **DISMISSED WITH PREJUDICE**.
21

22         (3)    In their motion for summary judgment, defendants requested that all claims
                  against all defendants be dismissed. Plaintiff did not respond to defendants'
23                motion for summary judgment, even though he was granted an extension of time
                  to do so.  Because plaintiff did not respond to the motion for summary judgment,
24                pursuant W.D. Wash. Local Civil Rule 7(b)(2), the court may deem the failure to
                  respond to be an admission that the motion has merit  It is unclear whether
25                plaintiff intends to proceed with the remaining claims in this case against Mr.
                  McLean and Mr. Stark.  Not later than May 20, 2011, plaintiff is **ORDERED** to
26

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

inform the court whether he intends to proceed with the remaining claims in this case.  If plaintiff fails to respond to this order by May 20, 2011, the court may dismiss the remaining claims against Mr. McLean and Mr. Stark with prejudice.

(4)     The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to the Hon. Karen L. Strombom.


**DATED** this 29th day of  April, 2011.


ROBERT J. BRYAN
United States District Judge

_____


ORDER ADOPTING REPORT AND RECOMMENDATION - 2