UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN E. BARNHOUSE,<br><br>              Plaintiff,<br><br>    v.<br><br>JOHN DOES (3 PRISON GUARDS), ELDON VAIL, RON FRAKER, SGT. RENO, MICHAEL CHRISTENSEN, ZOVODNY, STEVE RAMSEY, AULA MOSLY, McLEAN, OFFICER STARK, HENDRICK, and DEAN HEAWARD,<br><br>              Defendants. | No. C09-5154 RJB/KLS<br><br>ORDER GRANTING STIPULATED MOTION TO RESCHEDULE JOINT STATUS REPORT |

Before the Court is the stipulated motion of the parties seeking to reschedule the deadline for submitting their Joint Status Report from July 1, 2011 to July 29, 2011.

It is **ORDERED:**

(1)    The stipulated motion (ECF No. 142) is **GRANTED;** the parties shall submit a Joint Status Report **on or before July 29, 2011.**

(2)    The Clerk of Court is directed to send a copy of this Order to counsel.

**DATED** this  7th   day of July, 2011.

                                                          Karen L. Strombom
                                                          United States Magistrate Judge

ORDER- 1